385 U.S. 362
 87 S.Ct. 532
 17 L.Ed.2d 427
 Herbert HEIDER, Administrator etc.
v.
MICHIGAN SUGAR CO.
 No. 48.
 Supreme Court of the United States
 December 12, 1966
 Rehearing Denied Jan. 23, 1967.
 
 See 385 U.S. 1043, 87 S.Ct. 769.
 Gregory M. Pillon (Thomas C. Mayer, on the briefs), for petitioner.
 Harry M. Plotkin (Carl H. Smith, on the brief), for respondent.
 On Writ of Certiorari to the Supreme Court of Michigan.
 PER CURIAM.
 
 
 1
 The writ is dismissed as improvidently granted.